UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOSIAH KAMAU<br><br>      Plaintiff,<br><br>v.<br><br>MANDY MOORE TOURING LLC AND MANDY MOORE<br><br>      Defendant. | **Case No.: 1:20-cv-69-AW-GRJ** |

## NOTICE OF SETTLEMENT

The parties have a reached a settlement in principle. The parties will file a notice of dismissal within the next 30 days.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: June 16, 2020

*Attorneys for Plaintiff Josiah Kamau*