UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOSIAH KAMAU<br><br>      Plaintiff,<br><br>v.<br><br>MANDY MOORE TOURING LLC and MANDY MOORE<br><br>      Defendant. | **NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>Case No.: 1:20-cv-69-AW-GRJ |

   IT IS HEREBY NOTICED that the above case has settled and should be dismissed with prejudice with both sides to bear their own costs and attorney's fees.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: June 23, 2020

*Attorneys for Plaintiff Josiah Kamau*